UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA
and RYAN BASS, Ex Rel.,

      Plaintiffs,

v.                                             Case No.:  2:20-cv-555-SPC-MRM

NAPLES COMMUNITY
HOSPITAL, INC.,

      Defendant.
_____/

### **ORDER**[1]

Before the Court is the Mediator's Report saying this *qui tam* case has settled.  (Doc. 48).  Under 31 U.S.C. § 3730(b)(1), this action may only be dismissed if the Attorney General gives written consent and the reason for consenting.  The Court anticipates dismissal documents will be filed that comply with § 3730(b)(1).  The Court will set a deadline to do so.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

The parties must file an appropriate paper to dismiss this case by **June 27, 2022**.

**DONE** and **ORDERED** in Fort Myers, Florida on May 27, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record